76,389-08

MOTION DENIED
DATE: 3-30-16
BY: P.C.

Anthony Norman
#1718789 /WYNNE
810 FM 2821
Huntsville, TX 77349

Chief Justice keller
Texas Court of Criminal Appeals
P.O. Box 12308
Austin, TX 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 01 2015

Abel Acosta, Clerk

08/25/2015

Re: WR-76,389-08    11.07 Writ of Habeas Corpus.

Dear Justice keller

Today I received a white card indicating the T.CCA will not conduct a hearing in my case. The white card states the ruling is based on the trial court's finding of facts. However in my case no facts related to my claims were adduced by the trial court. The Trial Court simply adopted a one sentence statement from the District Attorney's Office asserting that even if my claims were true that I would not be entitled to relief. That is a very wild statement considering (101) claims were raised including (83) claims of Ineffective Assistance of Counsel (most involving failing to object to closing argument that clearly was out side of the trial record), (3) Brady Violations where Exculpatory

and especially during closing arguments. Per T.R.A.P. Rule 72.1 I am aware I cannot ask for a re-hearing directly, but I think given the circumstances, and the overwhelming amount of evidence that it is appropriate. That being the case I am asking for your oversight in the matter. From my reading a member of the Court can request a re-hearing. People in this state should not be convicted for crimes which did not occur, and which they could not have possibly committed. I don't have a car that can go 650 mph.

Thank you,

Brgh

#1718789/WYNNE
810 FM 2821
Huntsville, TX 77349

P.S. It is really a shame to me that when a person is really innocent that certain groups trying to protect themselves high Jack the judicial process. The attorneys in this case don't work for the D.A.'s office any longer, and don't even appear to be practicing law. There is overwhelming evidence of my innocence. This case is not even close. I have a family, kids, and a life I would like to get back to before it is gone.

## AFFIDAVIT OF FACT

I, Emily Elizabeth Norman, do hereby make the following statements under penalty of perjury.

(1) On the weekend of 11/28/2008 I was at home with my mother, Leydis Viche' Hernández, and my new baby brother, John Anthony Norman.

(2) My father, Anthony Whitney Norman, had left home on Friday afternoon, 11/28/2008, with my other brother, Michael Antonio Norman.

(3) I believe they went to Dallas.

(4) Over the weekend, I went for walks with my mother and watched her speak to the neighbors across the street.

(5) At night on Sunday through Monday, my mother told me to take a nap for a few hours. Later I heard a loud noise. I was upstairs.

(6) I came down stairs to see what was happening. Then, I saw Mommy on the floor dead and a gun.

(7) My daddy was not at home, and I ran upstairs and hid in my mommy's and daddy's bed.

(8) When my daddy came back, he called me to come to him, so I did.

(9) My daddy called the police, and when they came, they asked me a bunch of questions.

(10) Then I had to get in the ambulance.

(11) Then I rode back to my Grandmother's house.

(12) Then my cousin came and a policeman came, then the policeman took me and my brother, Michael to CPS along with my cousin.

(13) Then they asked me a lot of questions. I answered the questions.

(14) When I was finished, I had to go with Grandma.

(15) When I got to grandma's house I was crying super much.

(16) When the police came back they asked me some question to check if I said the same words, and I did.

(17) The next day, more policemen came and asked me a few more questions, some of them were hard to answer, but I answered the other questions.

(18) Some of the questions were...Where was your dad? Did you see the whole thing... Did your daddy kill your Mom?

(19) My dad was not at home when my mother died.

(20) I was upstairs waiting for hours for him to come home.

Affidavit sayeth further not.

*Emily Elizabeth Norman*
Emily Elizabeth Norman

State of Texas

County of Harris

Signed under oath before me on ___July 3, 2015___ by ___Emily Elizabeth Norman___ Respondent, personally known to me and/for identified by __Birth Certificate & Witness__

*Veronica J. Scrimshaw*
Notary Public, State of Texas



VERONICA J. SCRIMSHAW
Notary Public, State of Texas
My Commission Expires
December 12, 2015